IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

T.B., a child,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5161

_____/

Opinion filed April 24, 2017.

An appeal from the Circuit Court for Duval County.
Henry E. Davis, Judge.

Andy Thomas, Public Defender, and Archie F. Gardner, Jr., Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

The state properly concedes that the trial court erred in committing appellant to a maximum-risk residential program because appellant did not meet any of the criteria of section 985.465, Florida Statutes (2016). Accordingly, we reverse and

remand for a new disposition hearing.  See <u>M.S. v. State</u>, 845 So. 2d 323 (Fla. 1st

DCA 2003); <u>In Interest of A.L.</u>, 705 So. 2d 1048 (Fla. 2d DCA 1998); <u>B.T.G. v.

State</u>, 694 So. 2d 767, 769 (Fla. 1st DCA 1997).

REVERSED and REMANDED.

ROBERTS, C.J., MAKAR, and JAY, JJ., CONCUR.